UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMARA MAYBOU,

    Plaintiff(s),

v.

COMPANION LIFE INS., CO.,

    Defendant(s).
_____/

Case No. 04-72395

Honorable Nancy G. Edmunds

**ORDER ADOPTING MAGISTRATE'S REPORT & RECOMMENDATION MOTION [17] DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [9] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [10]**

    This matter has come before the Court on the Magistrate Judge's April 5, 2005 Report and Recommendation. Begin fully advised in the premises and having reviewed the record and the pleadings, including objections, the Court hereby ACCEPTS and ADOPTS the Magistrate's Report and Recommendation. Accordingly, the Court hereby orders as follows:

    Plaintiff's motion for summary judgment is DENIED.

    Defendant's motion for summary judgment is GRANTED.

    Defendant's motion for Attorney's Fees is DENIED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: June 1, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 1, 2005, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager